IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARZA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>ON HABEAS CORPUS,<br><br>　　　　Respondent. | 1:06-CV-01524-OWW-WMW-HC<br><br>THIRD ORDER TO SUBMIT<br>APPLICATION TO PROCEED IN FORMA<br>PAUPERIS **OR** FILING FEE |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed on October 30, 2006.

　　　　On November 28, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, or in the alternative, to pay the $5.00 filing fee for this action. On December 6, 2006, petitioner submitted an application to proceed in forma pauperis. However, the petition was deficient; it did not include the required signature by an authorized official at the institution of incarceration, and petitioner did not submit a certified copy of his prison trust account statement.

　　　　On December 13, 2006, the court ordered petitioner to submit a new application to proceed in forma pauperis and a certified copy of his prison trust account, or in the alternative, to pay the $5.00 filing fee. On December 28, 2006, petitioner submitted a second application to proceed in forma pauperis. However, again, the petition did not include the required signature by an authorized official

at the institution of incarceration, and petitioner did not submit a certified copy of his prison trust account statement.  See 28 U.S.C. § 1915.

Petitioner shall be given a **final opportunity** to submit complete documents as ordered by the court, or pay the $5.00 filing fee.  Petitioner is hereby informed that it is ultimately his responsibility to comply with procedures at the prison to insure that the court receives the required documents or the filing fee.  Petitioner is directed to show a copy of this order to a prison official if he needs assistance.  Pursuant to Local Rule 11-110, failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $5.00 filing fee for this action.  **Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

**Dated:   January 12, 2007**                            **/s/  William M. Wunderlich**
bl0dc4                                                       UNITED STATES MAGISTRATE JUDGE